# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIREZA DEHGHAN,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, *et al.*,<br><br>Respondents. | Case No. 26-cv-01573-BAS-AHG<br><br>**ORDER:**<br><br>**(1) VACATING HEARING;**<br><br>**(2) GRANTING JOINT MOTION TO EXPEDITE RULING (ECF No. 9); AND**<br><br>**(3) GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner Alireza Dehghan argues he has been detained without a significant likelihood of removal in the reasonably foreseeable future pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001). (ECF No. 6.) The Government agrees. (ECF No. 8.) In light of the parties' filings, the Court **VACATES** the hearing set for April 17, 2026. Further, the Court

- 1 -

26cv1573

**GRANTS** the Joint Motion to Expedite Ruling.  (ECF No. 9.)  Finally, the Court GRANTS the Petition and issues the following writ:

> Petitioner Alireza Dehghan (A# 221-350-591) is ordered released forthwith from immigration custody subject to supervision under the standard conditions authorized by 8 U.S.C. § 1231(a)(3).

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: April 1, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv1573